IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARTEZ ANTOINE JOHNSON, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| OFFICER C. DAVIS, | : | CIVIL ACTION NO. |
| Defendant. | : | 1:17-CV-1855-ODE-LTW |

## FINAL REPORT AND RECOMMENDATION

Plaintiff is a state prisoner who, pro se, seeks relief under 42 U.S.C. § 1983. (Doc. 1.)  The Court screened Plaintiff's complaint and allowed his claim against Defendant Officer C. Davis to proceed.  (Docs. 5, 8.)

On August 8, 2017, the Court sent Plaintiff forms for service of process on Davis.  (Doc. 8.)  The Court directed Plaintiff to complete the forms and return them to the Court within thirty days.  (*Id.* at 5.)  The Court warned Plaintiff that his failure to do so may result in dismissal of this case.  (*Id.*)

The forms were returned as undeliverable to Plaintiff because he was moved to another prison.  (Doc. 9.)  Plaintiff provided his new address, (doc. 10), and on September 5, 2017, the Clerk sent the forms to the new address.  That mailing was not returned.

AO 72A
(Rev.8/82)

The Court has not received the completed forms, or anything else, from Plaintiff since he provided his new address over two months ago.  The deadline for Plaintiff to comply with the Court's Order has expired.

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with a lawful order of the Court.  *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), NDGa.

**SO RECOMMENDED** this ___7___ day of ___November___, 2017.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev.8/82)